UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARIA J. POSADA,**
      **Plaintiff,**

**v.**                                          **CASE NO.: 8:13-cv-00239-SDM-EAJ**

**CAVALRY SPV I, LLC,** *et al.*

      **Defendant.**

_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff Maria J. Posada ("Plaintiff"), by and through undersigned counsel, hereby submits this *Notice of Pending Settlement*, and states that Plaintiff and Defendants Cavalry SPV I, LLC, Cavalry Portfolio Services, LLC, Cawley & Bergmann, LLP, and Law Offices of Andreu, Palma & Andreu, PL (collectively "Defendants"), have reached a global settlement with regards to this case and are presently working on the final settlement, and dismissal documents.

Dated: February 22, 2013

                                            Respectfully Submitted,

                                            **LASH & WILCOX PL**
                                            4401 W. Kennedy Blvd., Suite 210
                                            Tampa, FL   33609
                                            Phone: 813.289.3200
                                            Facsimile: 813.289.3250

                                            /s/ Thomas A. Lash
                                            **THOMAS A. LASH, ESQ.**
                                            Florida Bar No. 849944
                                            e-mail: tlash@lashandwilcox.com
                                            Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 22, 2013, I presented the *Notice of Pending Settlement* to the Clerk of the United States District Court, Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system.

                                            /s/ Thomas A. Lash
                                            ATTORNEY