UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIA J. POSADA,

    Plaintiff,

v.                                            CASE NO.: 8:13-cv-0239-T-23EAJ

CAVALRY SPV I, LLC, et al.

    Defendant.
_____/

## **ORDER**

The plaintiff announces (Doc. 4) a settlement. Under Local Rule 3.08(b) this action is **DISMISSED** subject to the right of any party within sixty days to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause. The clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on February 25, 2013.

*/s/ Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE